IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ernesto Centeno, | ) | No. 1:08-cv-1435-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| John Doe et al., | ) ) | |
| Defendant. | ) ) ) | |

The court has before it plaintiff's Motion to Compel regarding interrogatories (doc. 26), defendants' Response, plaintiffs' Motion to Compel regarding request for production (doc. 27), and defendants' Response. No Replies have been received.

It is ORDERED DENYING both Motions to Compel. (Docs. 26 and 27).

DATED this 7th day of October, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge