IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ernesto Centeno, | ) | No. 1:08-cv-1435-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| David Wilson et al, | ) ) | |
| Defendant. | ) ) ) | |

The court has before it a document entitled "Plaintiff Objects to Magistrates Denial of Motion to Compel and request Leave to file a Special Set of Interrogatories Pursuant to Fed. R. Civ. Proc., R. 41 and R. 56(f)" (doc. 31). The objections are overruled and the request to engage in further discovery is DENIED for, among other reasons, the reason that discovery closed on October 15, 2010 (doc. 15 at 2), and no good cause has been shown to amend the Rule 16 Scheduling Order.

Discovery has closed and we are now in the summary judgment stage of this case.

DATED this 9th day of November, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge